**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re:   Maria Masciana | * | Case No. 22-11189 DER |
| Debtor | * | Chapter 13 |

**DEBTOR'S OBJECTION TO PROOF OF**
**CLAIM NUMBER 1 FILED BY LVNV FUNDING, LLC**

Debtor Maria Masciana (the "Debtor"), by her undersigned counsel, objects to Proof of

Claim #1 ("POC #1") filed by LVNV Funding, LLC (the "Claimant") pursuant to 11 U.S.C. § 502,

and in support states:

**NOTICE TO CLAIMANT**

**WITHIN THIRTY (30) DAYS OF THE DATE ON THE CERTIFICATE OF SERVICE OF THE OBJECTION, THE CLAIMANT MAY FILE AND SERVE A MEMORANDUM IN OPPOSITION, TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE THE CLAIMANT WISHES TO ATTACH IN SUPPORT OF ITS CLAIM, UNLESS THE CLAIMANT WISHES TO RELY SOLELY UPON THE PROOF OF CLAIM; AND AN INTERESTED PARTY MAY REQUEST A HEARING THAT WILL BE HELD AT THE COURT'S DISCRETION.**

1.  On March 11, 2022, Claimant filed POC #1 asserting an unsecured claim in the amount of $749.03 (the "Debt").

2.  POC #1 states the Debt was last paid on June 2, 2009.

3.  POC #1 states the Debt was charged off on December 14, 2009.

4.  In Maryland, the statute of limitations for collection of a debt is three years. Md. Code Courts and Judicial Proceeds § 5-101.

5.  In Maryland, the statute of limitations for a breach of contract claim is four years. Md. Code Commercial Law § 2-725.

6. POC #1 states the Debt is more than four years old.

7. The statute of limitations to collect the Debt has expired.

WHEREFORE, Debtor Maria Masciana respectfully requests that this Honorable Court disallow Proof of Claim #1 in its entirety, and any such other and further relief deemed appropriate.

Date: August 28, 2022                             Respectfully submitted,

*/s/Jeffrey M Sirody*
Jeffrey M Sirody, Bar #11715
Jeffrey M. Sirody & Associates
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208
(410) 415-0445
smeyers@sirody.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- Brian Tucci, Chapter 13 Trustee efc@ch13balt.com

I HEREBY FURTHER CERTIFY that on August 28, 2022, a copy of the foregoing was mailed first-class, postage prepaid to:

- Resurgent Capital Services, ATTN: Javyn Butler, PO Box 10587, Greenville, SC 29603-0587
- LVNV Funding, LLC, ATTN: President, c/o CSC-Lawyers Incorporating Serv, 7 St. Paul St., Suite 820, Baltimore, MD 21202
- LVNV Funding, LLC, ATTN: President, 6801 S. Cimarron Rd., Suite 424-J, Las Vegas, NV 89113

*/s/Jeffrey M Sirody*
Jeffrey M Sirody