22-11189

**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**

| Name of Debtor(s) listed on the bankruptcy case | |
|---|---|
| **In re:**<br>Maria Masciana<br><br>USBC-MD B FILED MAIL<br>24 NOV '25 PM2:52 | **CASE NO: C-23-CV-22-000001** |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ■ Creditor

2. **Old Address:**
   Name(s): **ZST Rentals Inc.**
   Mailing Address: **207 W. Federal Street**
   City, State, Zip Code: **Snow Hill MD 21863**

3. **New Address:**
   Name(s): **ZST Rentals Inc.**
   Mailing Address: **100 Stevens Street**
   City, State, Zip Code: **Snow Hill MD 21863**
   **Telephone Number(s):** **4104224868**

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number_____

Date: **11/18/25**

ZST Rentals Inc.   Sohiab Ijaz
Requestor's printed name(s)

_Requestor's signature(s)_

Owner – Operations Manager
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018