**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re:

|  |  |  |
|---|---|---|
| Maria Masciana | * | Case No. 22-11189 DER |
| Debtor | * | Chapter 13 |

**ORDER GRANTING MOTION TO MODIFY PLAN POST CONFIRMATION**

UPON CONSIDERATION of Debtor's Motion to Modify Plan Post Confirmation, and any responses thereto, and after notice and hearing, and with good cause being shown, it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division hereby:

**ORDERED**, that the Motion to Modify the Confirmed Chapter 13 Plan is hereby GRANTED; and it is further

**ORDERED**, that the Modified Chapter 13 Plan as proposed by the Debtor is hereby APPROVED.

cc:
Debtor
Debtor's Counsel
Case Trustee
US Trustee
All Creditors and Parties on Matrix

**END OF ORDER**